# WILLIAMS V. CITY OF LANSING, LANSING POLICE DEPARTMENT

## Case No. 1:10-cv-1028

Exhibit 1 - Proof of Service of Interrogatories and Request for Production

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI WILLIAMS,

        Plaintiff,

-vs-

CITY OF LANSING,
LANSING POLICE DEPARTMENT,

        Defendant.

Docket No: 1:10-cv-1028

HONORABLE GORDON J. QUIST

| Richard A. Meier (P38204) | David K. Otis (P31627) |
|---|---|
| Attorney for Plaintiff | PLUNKETT COONEY |
| 30300 Northwestern Hwy Ste 320 | Attorneys for Defendant |
| Farmington Hills, MI 48334 | 325 E. Grand River Ave, Ste 250 |
| (248) 932-3500 | East Lansing, MI 48823 |
|  | (517) 324-5612 |

## PROOF OF SERVICE

Laura L. Cushman states that on the 15th day of April, 2011, she did cause to be served a copy of Defendant City of Lansing's Interrogatories to Plaintiff and Request for Production to all attorneys of record at their respective addresses, by placing said documents in an envelope properly addressed to said parties and depositing same in the U.S. Mail with postage fully prepaid. I declare under penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

*/s/ Laura L. Cushman*
Laura L. Cushman

Open.18566.03527.10842894-1