# WILLIAMS V. CITY OF LANSING, LANSING POLICE DEPARTMENT

## Case No. 1:10-cv-1028

Exhibit 3 - Complaint and Warrant

2010002848 SA

| STATE OF MICHIGAN<br>54A JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | | COMPLAINT<br>MISDEMEANOR | | CASE NO.:<br>DISTRICT: 10-01965 SM<br>CIRCUIT: |  |
|---|---|---|---|---|---|
| District Court ORI: MI- MI330075J<br>CITY HALL, 124 W. MICHIGAN AVE. LANSING, MI | | | Circuit Court ORI: MI- | | |
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V Lorien Aja Williams<br>4114 Balmoral<br>Lansing, MI, 48911<br>Sex: F   Race: Black | | | Victim or complainant<br>SGT SHERRY WORKMAN | |
| | | | | Complaining Witness<br>SGT SHERRY WORKMAN | |
| Co-defendant(s) | | | | Date: On or about<br>11/7/08 - 7/20/09 | |
| City/Twp./Village<br>City of Lansing | County in Michigan<br>INGHAM | Defendant TCN | Defendant CTN<br>33-10002848-01 | Defendant SID | Defendant DOB<br>09/11/1980 |
| Police agency report no.<br>00M10 10-120-10 | Charge<br>SEE<br>BELOW | DLN Type: | Vehicle Type | Defendant DLN<br>W452546037706 | |

Witnesses
SGT SHERRY WORKMAN        ELIZABETH CANFIELD

---

STATE OF MICHIGAN, COUNTY OF INGHAM
The complaining witness says that on or about 11/7/08 - 7/20/09 at Lansing Ingham County, Michigan the defendant contrary to law:

**On or about 12/27/08**
**COUNT 1:** LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR: 93 Days and/or $500.00

*11-17-08*

**On or about 11/7/08**
**COUNT 2:** LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR: 93 Days and/or $500.00

**On or about 11/10/08**
**COUNT 3:** LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR: 93 Days and/or $500.00



CERTIFICATE OF RECORD
I hereby certify that this document is a full and correct copy of the original on file in the 54-A District Court, State of Michigan.

5/11/11          Shawn Fain
Date              Deputy Clerk, 54-A District Court
                       (SEAL)

On or about 7/20/09
**COUNT 4:** LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A] MISDEMEANOR: 93 Days and/or $500.00

The complaining witness asks that the defendant be apprehended and dealt with according to law.

*(Peace Officers Only)* I declare that the statements above are true to the best of my information, knowledge and belief.

Warrant authorized on __04/07/2010__ by:   Complaining Witness Signature
Date

_Lisa McCormick, P53858_

APR 0 7 2010
Subscribed and sworn to before me on _____
Date

Judge/Magistrate/Clerk            Bar no.

DC 225 (7/05) COMPLAINT, MISDEMEANOR

CERTIFICATE OF RECORD
I hereby certify that this document is a full and correct copy of the original on file in the 54-A District Court, State of Michigan.

S/11/11      _____
Date          Deputy Clerk, 54-A District Court
(SEAL)

[SEAL: CITY OF LANSING, INGHAM COUNTY, MICH. — 54-A DISTRICT COURT]

2010002848 SA

| STATE OF MICHIGAN<br>54A JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | | WARRANT<br>MISDEMEANOR | | CASE NO.:<br>DISTRICT:<br>CIRCUIT: 10- 01965 SW | |
|---|---|---|---|---|---|
| District Court ORI: MI- MI330075J<br>CITY HALL, 124 W. MICHIGAN AVE. LANSING, MI | | | Circuit Court ORI: MI- | | |
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V Lorien Aja Williams<br>4114 Balmoral<br>Lansing, MI, 48911<br>Sex: F   Race: Black | | | Victim or complainant<br>SGT SHERRY WORKMAN | |
| | | | | Complaining Witness<br>SGT SHERRY WORKMAN | |
| Co-defendant(s) | | | | Date: On or about<br>11/7/08 - 7/20/09 | |
| City/Twp./Village<br>City of Lansing | County in Michigan<br>INGHAM | Defendant TCN | Defendant CTN<br>33-10002848-01 | Defendant SID | Defendant DOB<br>09/11/1980 |
| Police agency report no.<br>00M10 10-120-10 | Charge<br>SEE BELOW | DLN Type: | Vehicle Type | Defendant DLN<br>W452546037706 | |

Witnesses
SGT SHERRY WORKMAN          ELIZABETH CANFIELD

STATE OF MICHIGAN, COUNTY OF INGHAM
To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complain
in this court stating that on or about 11/7/08 - 7/20/09 at Lansing, the defendant, contrary to law,

**On or about 12/27/08**
COUNT 1:  LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR:93 Days and/or $500.00

**On or about 11/7/08**
COUNT 2:  LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR:93 Days and/or $500.00

**On or about 11/10/08**
COUNT 3:  LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR:93 Days and/or $500.00

**On or about 7/20/09**
**COUNT 4:** LEIN INFORMATION - UNAUTHORIZED DISCLOSURE
did intentionally use nonpublic information governed under the L.E.I.N. policy council act of 1974 for personal use or gain; contrary to MCL 28.214(6)(a). [28.2143-A]  MISDEMEANOR: 93 Days and/or $500.00

Upon examination of the complaining witness, I find probably cause to believe defendant committed the offense set forth. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the court immediately or the defendant may be released when a cash bond is posted in the amount of $ ~~Cash~~ 3000/10% for personal appearance before the court.

APR 0 7 2010

Date / Judge/Magistrate / Bar no.

By virtue of this warrant the defendant has been taken into custody as ordered.

Date / Peace Officer

DC 225 (7/05) WARRANT, MISDEMEANOR

**CERTIFICATE OF RECORD**
I hereby certify that this document is a full and correct copy of the original on file in the 54-A District Court, State of Michigan.

4/7/10
Date / Deputy Clerk, 54-A District Court
(SEAL)