# WILLIAMS V. CITY OF LANSING, LANSING POLICE DEPARTMENT

## Case No. 1:10-cv-1028

Exhibit 4 - Trial Transcript October 7, 2010

```
 1                    STATE OF MICHIGAN

 2      IN THE 54-A DISTRICT COURT FOR THE CITY OF LANSING

 3  PEOPLE OF THE STATE OF MICHIGAN,

 4  -vs-                                    File No. 10-01965

 5  LORIEN WILLIAMS,

 6              Defendant.
                                          /
 7  _____

 8                  CONTINUATION OF JURY TRIAL
                         Volume III of (3)
 9
        BEFORE THE HONORABLE CHARLES FILICE, DISTRICT JUDGE
10
            Lansing, Michigan - Thursday, October 7, 2010
11
                         Courtroom No. 1
12

13  APPEARANCES:

14  For the People:          LAURIE OBERLE (P61255)
                             Assistant Prosecuting Attorney
15                           303 West Kalamazoo Street
                             Lansing, Michigan 48933
16
    For the Defendant:       HUGH B. CLARKE (P30156)
17                           Attorney at Law
                             215 South Washington Square,
18                           Suite 210
                             Lansing, Michigan 48933
19
    Also Present:            Sara Wilkinson,
20                           Court Officer

21
    Recorded By:             Cindy H. Fontus, CER 3012
22                           (517) 483-4413

23
    Transcribed By:          Tami J. Bennett, CER 5271
24                           (517) 483-4421

25
```

```
 1              THE COURT: And we're on the record once again
 2   in People versus Williams.
 3              Ladies and Gentlemen of the Jury, and I'll
 4   address this question to you, Ms. Leech--first of all, I
 5   should back up, I guess. Are you still the foreperson?
 6              JUROR LEECH: Yes.
 7              THE COURT: Has the Jury reached a verdict in
 8   this case?
 9              JUROR LEECH: Yes.
10              THE COURT: And let's do it count by count. The
11   first count I have is the charge involving a claim that
12   on December 27th, 2008, that the LEIN was improperly used
13   for personal use. Has the Jury reached a verdict in that
14   matter?
15              JUROR LEECH: Yes.
16              THE COURT: And what is that verdict, please?
17              JUROR LEECH: Guilty.
18              THE COURT: As to count two, the charge that on
19   or about November 17th, 2008, that the Defendant did
20   intentionally use the LEIN for personal use, has the Jury
21   reached a verdict in that case?
22              JUROR LEECH: Yes.
23              THE COURT: And what is that verdict, please?
24              JUROR LEECH: Not guilty.
25              THE COURT: As to count three, the claim that on
```

```
 1   or about November 10th, 2008, that the Defendant did
 2   intentionally use the LEIN in question for personal use,
 3   has the Jury reached a verdict in that case?
 4             JUROR LEECH: Yes.
 5             THE COURT: And the verdict, please?
 6             JUROR LEECH: Not guilty.
 7             THE COURT: And when I read these counts, I'm
 8   not going through all of the language that I used
 9   earlier, I just want to make sure we're addressing each
10   individual count. So, let's see that was November 10th.
11   All right. And, finally, the count involving July 20th,
12   2009, use of the LEIN for personal use, did the Jury
13   reach a verdict in that case?
14             JUROR LEECH: Yes.
15             THE COURT: And what is that verdict?
16             JUROR LEECH: Not guilty.
17             THE COURT: All right. Thank you. Does either
18   party want to have the Court poll the Jury?
19             MS. OBERLE: No, Your Honor.
20             THE COURT: Mr. Clarke?
21             MR. CLARKE: No, Your Honor.
22             THE COURT: What that meant was I asked both
23   parties if they wanted me to ask each of you individually
24   whether the verdict as announced by the foreperson was,
25   in fact, your verdict, and they've indicated that they do
```

```
1  STATE OF MICHIGAN    )
                        )
2  COUNTY OF INGHAM     )

3

4      I certify that this transcript, consisting of 11 pages,
5  is a complete, true, and correct transcript of the proceedings
6  and testimony taken in this case by Cindy Fontus, CER 3012,
7  before the Honorable Charles Filice.
```

10/21/10
Date

_[signature: Tami J. Bennett]_
Tami J. Bennett, CER 5271
54-A District Court
124 West Michigan Avenue
City Hall, 6th Floor
Lansing, Michigan 48933

11