# WILLIAMS V. CITY OF LANSING, LANSING POLICE DEPARTMENT

## Case No. 1:10-cv-1028

Exhibit 5 - MSP Letter dated October 12, 2010




STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

JIFER M. GRANHOLM
GOVERNOR

COL. EDDIE L. WASHINGTON, JR.
DIRECTOR

October 12, 2010

Chief Teresa A Szymanski
Lansing Police Department
120 West Michigan Avenue
Lansing, Michigan 48933

Re: Case # 07-12-0139

Dear Chief Szymanski:

This letter is to inform you that an employee of your department has been convicted of a misdemeanor offense related to the use of the Law Enforcement Information Network (LEIN). According to LEIN policy, any conviction of this type has an impact upon the ability of the employee to access and/or use information from LEIN.

According to the information that I have reviewed, Ofc. Lorien Williams of your department was convicted of one count of Unauthorized Use of Non-public Information on October 7, 2010. This conviction prohibits Ofc. Williams from directly accessing LEIN permanently. Her sign-on and password to LEIN, or any systems that interface with LEIN, should be deleted, if this has not already occurred. Your agency has the right to appeal Ofc. Williams's restriction of LEIN access, and may do so by filing a letter of appeal with this office.

In addition, I am requesting that you notify me of any disciplinary action taken against Ofc. Williams due to this conviction. The reporting of disciplinary and corrective action is mandated by LEIN policy in the event of a sustained allegation of misuse of LEIN. I would appreciate hearing from you within the next 30 days to advise me on the status of this complaint.

Please contact Ms. Liz Canfield at (517) 241-0639 or canfielde@michigan.gov regarding any questions you have. I appreciate your assistance in this matter.

Sincerely,

Timothy D. Bolles
Assistant Division Director
Criminal Justice Information Center

Cc: Mr. David Harvey, Executive Secretary, MCOLES