# WILLIAMS V. CITY OF LANSING, LANSING POLICE DEPARTMENT

## Case No. 1:10-cv-1028

Exhibit 6 - Disciplinary Charge Sheet

| LANSING POLICE DEPARTMENT<br>DISCIPLINARY CHARGE SHEET | | | Internal Affairs Complaint Number:<br>IA08-0006 |
|---|---|---|---|
| **Name of Charged Officer:**<br>en Williams | **Rank**<br>PO1 | **Badge #**<br>006 | **Unit**<br>North Precinct - Night Shift |
| **Name of Charging Person:**<br>Daryl Green | **Rank**<br>LT | **Badge #**<br>321 | **Unit**<br>Internal Affairs |
| **Date & Time of Offense:**<br>May 24, 2007 – November 12, 2010 | | **Location of Offense:**<br>Lansing Police Department | |

VIOLATION SUMMARY AND SPECIFIC RULE, REGULATION, PROCEDURE, DIRECTIVE, AND/OR ORDER VIOLATED INCLUDING TITLE AND NUMERICAL REFERENCE

**Count 1**  1.04 Conformance to Laws – SUSTAINED

A. Employees shall obey all laws of the United States and of any state and local jurisdiction in which the employees are present.

B. A conviction of the violation of any law shall be prima facie evidence of a violation of this section. Lack of a criminal complaint or an acquittal of a violation of law shall not preclude internal administrative disciplinary action.

**Count 2**  1.26 Associations – SUSTAINED

A. Employees shall avoid regular or continuous associations or dealings with persons they know, or should know, are persons under criminal investigation or indictment, or who have a reputation in the community or the Department for present involvement in felonious or criminal behavior, except as necessary to the performance of official duties, or where unavoidable because of other personal relationships of the employee.

B. Employees shall not knowingly join or participate in any organization that advocates, incites or supports criminal acts, criminal conspiracies, or hate crime activities.

**Count 3**  1.02 Unbecoming Conduct – SUSTAINED

Employees shall conduct themselves at all times in such a manner as not to discredit the Department. Unbecoming conduct shall include that which brings the Department into disrepute, or impairs the operation or efficiency of the Department.

**SUMMARY:** MSP conducted an investigation of possible LEIN violations involving Officer Lorien Williams. As a result, a 4 count warrant was authorized (LEIN ...thorized Disclosure). On October 7, 2010 Officer Williams was convicted of (1) count of LEIN Unauthorized Disclosure. The conviction stemmed from Williams ...hony that she was checking her husband in LEIN to complete a City of Lansing related insurance form that required Eric Williams' driver's license number. An Internal ...airs investigation found that Williams associated with multiply felons, committed multiply LEIN violations, and admittedly was untruthful to a MSP Trooper during a traffic stop. The actions of Officer Williams have brought discredit to the department and further impaired the operation and efficiency of the organization.

THIS DISCIPLINARY SANCTION IS BASED ON THE NATURE OF THE OFFENSE COMMITTED, THE CIRCUMSTANCES UNDER WHICH AND THE MANNER IN WHICH IT WAS COMMITTED, AND THE EMPLOYEE'S RECORD DURING THE IMMEDIATELY PRECEDING TWO (2) YEARS.

| RECOMMENDED DISCIPLINARY SANCTION<br>Termination | DATE<br>11-17-10 | SIGNATURE<br>Sgt. Drew Macin |
|---|---|---|
| REVIEWED BY | WITH THE ACTION TAKEN BY THE SUBORDINATE OFFICER<br>I concur / I DO NOT CONCUR (see report) | SIGNATURE / DATE |
| LT. NOSOTTI | ✓ | 11-17-10 |
| Capt. Mike Yankowsky | ✓ (see memo) | 11-18-10 |

PREDETERMINATION CONFERENCE-LIST ALL PERSONS PRESENT: ☐ CHECK IF TAPE RECORDED
Lt. Green, Atty Lett, Sgt. Fubus, Tom Kruz + L. Williams
DATE: 11-22-10
SIGNATURE: [signed]

FINAL DISCIPLINARY SANCTION DETERMINED BY THE CHIEF OF POLICE OR HIS/HER DESIGNEE:
TERMINATION
DATE: 11-23-10
SIGNATURE: Teresa Szymanski

DATE NOTIFIED: 11-23-10
TIME NOTIFIED: 1800
SIGNATURE OF CHARGED OFFICER:
SIGNATURE OF NOTIFYING OFFICER:

CKNOWLEDGE I HAVE RECEIVED NOTIFICATION
E DISCIPLINARY SANCTION.
DATE /TIME:
SIGNATURE OF CHARGED OFFICER:

FOR INTERNAL AFFAIRS USE ONLY:

REV 6/16/05

ORIGINAL