## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LORI WILLIAMS,
    Plaintiff,

Case No 10-cv-1028

V

Hon. Gordon Quist

CITY OF LANSING
LANSING POLICE DEPARTMENT,
    Defendant.
_____/

Richard A. Meier (P38204)
Attorney for the Plaintiff
30300 Northwestern Highway, Ste. 320
Farmington Hills, Michigan 48334
248-932-3500

David K. Otis (P31627)
Plunkett Cooney
Attorney for the Defendant
325 E. Grand River Ave.
Ste 250
East Lansing, Michigan 48823
(517 324-5612
_____/

# EXHIBIT 1

CLASSIFIEDS: JOBS CARS HOMES APARTMENTS DATING DEALS CLASSIFIEDS

News | Communities | Business | Sports | Entertainment | Life | Voices & Views | Obituaries | Help

Sign up  Log in    FEATURED:   Green & White   NOISE   GLWoman   Heavy Burden   DealChicken

Find what you are looking for...   SEARCH

**KELLY SERVICES**
You deliver the packages. • We deliver the funds.
Kelly Services® is hiring temporary drivers
with experience for FedEx Ground.
**Click to apply!**

# Fired Lansing police officer's lawsuit alleges gender bias

Others used police computer illegally and got lighter punishment, union says

10:50 PM, Nov. 26, 2010 | Comments

AA

**Written by**
Kevin Grasha

**FILED UNDER**
News
Local News

The firing this week of Lansing police officer Lori Williams for improperly using a police computer system on the surface appears unusual.

Other officers found to have used the Law Enforcement Information Network for unauthorized reasons faced internal discipline, according to police union officials.

Attorney Hugh Clarke Jr., who represented Williams during her trial last month on misdemeanor charges, said the punishment was excessive.

"I'm not saying there shouldn't be some internal discipline, but this is rather extreme considering the violation," Clarke said.

Last month, Williams was ordered to pay $350 after a jury in 54A District Court found her guilty of one misdemeanor count of accessing nonpublic information for personal use. Initially, she was charged with four counts of the offense.

A lawsuit Williams has filed against the department specifically mentions Lansing police Detective James Gill, saying he "improperly used (LEIN and) was never charge(d) with any criminal activity."

In an interview Wednesday, Gill confirmed that more than 10 years ago he was disciplined internally for improperly using the system. He said he received a 30-day suspension, but that was overturned through the grievance process.

Interim Lansing Police Chief Teresa Szymanski declined to elaborate on her reasons for firing Williams, an eight-year

**What is LEIN?**
• The Law Enforcement Information Network is a statewide computerized information system that is available to all law enforcement agencies. It can tell police just about anything, including whether someone is wanted for arrest or is a sex offender. It also can be used to find confidential information, including whether someone has a juvenile record or a permit to carry a concealed weapon.

• According to state law, a person shall not - for personal use - access, use, or disclose nonpublic information taken from LEIN.

**Related Links**
State denies FOIA request on budget
Report: Ingham County Road Commission needs new management
FOIA requests filed for grade data
Most city employees couldn't vote on millage
Tardiness must not hinder open meetings
Hirten: You'd think they'd want to know
Lansing police refusing to reveal shooting info back to 2008
Ex-Lansing officer sentenced in gas incidents
Lansing school board says Wallace exceeded his authority



**Fitness is Fun!**
*How to make fitness a family affair.*
We asked fitness expert Mark Renfer, manager at American Home Fitness in Okemos, for some tips on making fitness fun and engaging for the whole family.

**Q: Why LifeSpan?**
Schneider: $5,176.34 Bridge Card balance



ADS BY PULSE 360 **Red Hot Tech Stock - ONYX** AdChoices
Get ONYX Stock Today. New Wireless Power Transmission Technology. Find Out How To Invest Now!
www.OnyxService.com

**Eligible for Education Grants?**
Compare Your Best Options Online. Loans, Grants may be available.
edu.searchyoudegree.com

**Six Sigma Certification**
Villanova Classes Start Monthly - 100% Online Certification Courses
www.VillanovaU.com/SixSigma

veteran.

Szymanski would only say the firing resulted from the findings of a criminal investigation by Michigan State Police and the department's own Internal Affairs investigation.

As a result of those investigations, she said, there were "sustained complaints of violations of policy and procedure."

The Lansing State Journal on Wednesday filed a Freedom of Information Act request with the department for the Internal Affairs report. A response is expected next week.

According to trial testimony, Williams accessed the computer system to look up:

• Information about her father, who allegedly was involved in drugs.

• Information about a confidential informant.

• Her husband's driver's license number to fill out a work-related insurance form.

Williams was convicted only on the count related to her husband's driver's license number.

She said she looked up her father and the criminal informant to find out if they had warrants out for their arrests. Those were legitimate law enforcement purposes, Clarke said.

Williams' lawsuit, which is pending in federal court, accuses the department of systematic discrimination "due to her gender" over the last two years.

The discrimination included, the lawsuit says, questioning known felons about whether Williams was ever involved in criminal activity, removing her from certain patrols and denying her hours comparable to male officers.

It asks for a judgment "in an amount established by the facts, together with interest, costs and attorney fees."

View Comments | Share your thoughts »

elimination




Michigan State 10, Ohio State 7 | Dinosaur Dash 5K



Glendale mom accused of sex with high school football player

**MOST COMMENTED**

| | |
|---|---|
| Monday's letters to the editor | 235 |
| Lansing police arrest 7 in underage drinking, fighting incident | 62 |
| Lansing State Journal named Newspaper of the Year by MPA | 37 |
| Welfare limits, education cuts take effect today | 165 |
| Herman Cain slams Rick Perry for offensive name of hunting camp | 27 |




CITGO

TOP VIDEO PICKS

**YOU MIGHT BE INTERESTED IN**
Michigan man's $407K award to be appealed (Lansing State Journal)
Police: Alcohol believed to be factor in accident (Lansing State Journal)
Lansing man shot in home on

**SPONSORED LINKS**
Richest Members of Congress Revealed (Wealth Daily)
7 Yoga Exercises That Help Osteoarthritis (Lifescript.com)
10 Most Depressing States in the U.S. (Health.com)

**Lansing State Journal Text Alerts**
Get breaking local news as it happens! Enter your phone number:


